UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN CHRISTOPHER CARTER,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN J. BRENNAN, Postmaster General,<br><br>Defendant. | No. 2:18-cv-0823 MCE AC PS<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 18, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 18. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 18, 2019 (ECF No. 18), are ADOPTED in full;

1

2. Defendant's motion to dismiss (ECF No. 16) is GRANTED and this action is DISMISSED with prejudice for lack of prosecution and for failure to comply with the court's order, see Fed. R. Civ. P. 41(b) and Local Rule 110; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 4, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE